**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| XIAMEN AMPACK TECHNOLOGY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>XIAMEN HITHIUM ENERGY STORAGE TECHNOLOGY CO., LTD.,<br><br>Defendant. | Case No. 2:26-cv-00870-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Xiamen Ampack Technology Limited ("Ampack" or "Plaintiff") and Defendant Xiamen Hithium Energy Storage Technology Co., Ltd. ("Hithium" or "Defendant") (collectively, the "Parties") hereby jointly file this joint motion to amend the Court's Order Setting Scheduling Conference (Dkt. No. 14) to extend certain related deadlines, including Defendant's current deadline to answer or otherwise respond to the Complaint.

On October 21, 2026, the Court issued an Order (Dkt. No. 14) setting a scheduling conference for November 23, 2026, at 9:30 a.m. in Marshall, Texas, and setting certain initial case deadlines based on that conference date. Hithium's current deadline to answer or otherwise respond to the Complaint is December 2, 2026 (Dkt. No. 12). The Parties have met and conferred and jointly request a thirty (30) day extension of each deadline set forth below, including an extension of Hithium's answer deadline. Where a thirty-day extension falls on a holiday or weekend, the Parties have proposed the next business day. Good cause exists for the requested amendments to the schedule: the additional time will allow certain initial case deadlines to occur after Hithium's answer is filed, allow the Parties to timely prepare complete infringement and

invalidity contentions, ensure a more orderly administration of the lawsuit, allow the parties to more meaningfully confer regarding the proposed Discovery Order and Protective Order in pursuit of submitting agreed orders to the Court, and use the resources of the Parties and the Court more efficiently. The Parties jointly represent that this request is not made for purposes of delay, that the Parties jointly move for the relief requested, and the requested extension will not affect the November 23, 2026 scheduling conference, any hearing date, or the remaining dates set by the scheduling conference, including the trial date in this action.

The current and proposed deadlines are as follows:

| **Current Deadline** | **Proposed Deadline** | **Event** |
|---|---|---|
| Nov. 9, 2026 | Dec. 9, 2026 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| Nov. 23, 2026 | Nov. 23, 2026 (unchanged) | Scheduling Conference, 9:30 a.m., before Judge Gilstrap in Marshall, Texas |
| Nov. 30, 2026 | Dec. 30, 2026 | Join Additional Parties |
| Dec. 2, 2026 | Jan. 4, 2027 | Defendant's Answer or Other Response to Complaint |
| Dec. 7, 2026 | Jan. 6, 2027 | File Proposed Discovery Order |
| Dec. 14, 2026 | Jan. 13, 2027 | File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |
| Jan. 4, 2027 | Feb. 3, 2027 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| Jan. 4, 2027 | Feb. 3, 2027 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |

Accordingly, the Parties respectfully request that the Court enter the attached proposed order amending the above dates.

DATED: October 30, 2026

Respectfully submitted,

*/s/ Brady Cox*
Theodore Stevenson, III (TX 19196650)
Brady Cox (TX 24074084) (Lead Counsel)
**ALSTON & BIRD LLP**

*By: /s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com

2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: ted.stevenson@alston.com
Email: brady.cox@alston.com

M. Scott Stevens (NC 37828)
Karlee Wroblewski (NC 55043)
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: scott.stevens@alston.com
Email: karlee.wroblewski@alston.com

Ke Zhang (CA 363201) (pro hac vice forthcoming)
Madelaine Wieland (CA 359554)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: kim.zhang@alston.com
Email: madelaine.wieland@alston.com

***Counsel for Plaintiff Xiamen Ampack Technology Limited***

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4603
Fax: (972) 314-0900

***Counsel for Defendant Xiamen Hithium Energy Storage Technology Co., Ltd.***

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff met and conferred with Counsel for Defendant over email on Tuesday, October 30, 2026. Counsel for Defendant join this Motion.

*/s/ Brady Cox*
Brady Cox

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being served on all counsel of record through the Court's CM/ECF system on October 30, 2026.

*/s/ Brady Cox*
Brady Cox